Argued May 18, affirmed May 18, 1971

STATE OF OREGON, *Respondent, v.* GEORGE
WILSON KING, JR. (No. C-59569), *Appellant.*

484 P2d 1130

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Jacob B. Tanzer,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief was
Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FORT and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.